IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| ALFREDO REVILLA, 1541349, | § | |
|     Petitioner, | § | |
| | § | |
| v. | § | 3:11-CV-768-K |
| | § | |
| RICK THALER, DIRECTOR, | § | |
| TEXAS DEPT. OF CRIMINAL JUSTICE, | § | |
| CORRECTIONAL INSTITUTIONS | § | |
| DIVISION | § | |

## ORDER

After making the review required by 28 U.S.C. § 636(b), the Court finds that the Findings, Conclusions and Recommendation of the Magistrate Judge are correct, and they are adopted as the findings and conclusions of the Court.

It is therefore ORDERED, ADJUDGED and DECREED that the petition is transferred to the Fort Worth Division of the United States District Court for the Northern District of Texas.

SO ORDERED.

Signed this 19th day of May, 2011.

*Ed Kinkeade*
ED KINKEADE
UNITED STATES DISTRICT JUDGE